

ACCEPTED
15-24-00110-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2025 8:24 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/6/2025 8:24:23 AM
CHRISTOPHER A. PRINE
Clerk

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta**
**Program Office**
500 West Lanier Ave.
Suite 908
Fayetteville, GA 30214
*Tel:* 470.878.0785

**Chicago**
**Regional Office**
100 North LaSalle St.
Suite 1900
Chicago, IL 60602
*Tel:* 312.427.0701
*Fax:* 312.588.0782

**Los Angeles**
**Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento**
**Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio**
**Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.**
**Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

January 6, 2025

Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, TX 78701

RE: Ken Paxton, in his official capacity as Texas Attorney
General, and the State of Texas v. FIEL Houston, Inc.

Court of Appeals Number:     15-24-00110-CV
Trial Court Case Number:     2024-43394

Dear Mr. Prine:

Defendant-Appellee, FIEL Houston, Inc., is in receipt of your letter notifying the parties in the above-styled case that our appeal is set for submission and oral argument on Wednesday, January 15, 2025. Pursuant to your letter, I write to notify you that Mr. Carlos Soltero, of Maynard Nexsen, will be presenting oral argument on behalf of Defendant-Appellee FIEL at the January 15 hearing.

Should the Court require any further information, please do not hesitate to contact me.

Thank you for your attention to this matter.

Sincerely,

*Fátima L. Menéndez*

Fátima L. Menéndez
Lead Attorney
MALDEF

*Advancing Latino Civil Rights for over 50 Years*
www.maldef.org

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carmen Leija on behalf of Fatima Menendez
Bar No. 24090260
cleija@maldef.org
Envelope ID: 95865092
Filing Code Description: Letter
Filing Description: re Oral Arg to 15th COA Clerk
Status as of 1/6/2025 8:31 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 1/6/2025 8:24:23 AM | SENT |
| Scott Froman | | scott.froman@oag.texas.gov | 1/6/2025 8:24:23 AM | SENT |
| Ryan Baasch | | ryan.baasch@oag.texas.gov | 1/6/2025 8:24:23 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 1/6/2025 8:24:23 AM | SENT |
| Matthew T.Kennedy | | matt.kennedy@oag.texas.gov | 1/6/2025 8:24:23 AM | SENT |
| Nina Perales | | nperales@maldef.org | 1/6/2025 8:24:23 AM | SENT |
| Sabrina Rodriguez | | srodriguez@maldef.org | 1/6/2025 8:24:23 AM | SENT |
| Carlos Soltero | | csoltero@maynardnexsen.com | 1/6/2025 8:24:23 AM | SENT |
| Fatima L.Menendez | | fmenendez@maldef.org | 1/6/2025 8:24:23 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 1/6/2025 8:24:23 AM | SENT |